UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA          Civil Action No.: 98-CV-70190-DT

       Plaintiff,          HON. NANCY G. EDMUNDS

v.

VALERIE M. DANIELS,
A.K.A. MICHELLE V. DANIELS

       Defendant.
_____/

**APPEARANCE OF ATTORNEY**

       NOW COMES, SHERMETA LAW GROUP, PLLC by Biana Hamady, on behalf of Plaintiff, UNITED STATES OF AMERICA, and, hereby enters an appearance as counsel for Plaintiff, UNITED STATES OF AMERICA, in the above referenced matter.

                                         s/ Biana Hamady
                                         SHERMETA LAW GROUP, PLLC
                                         P.O. Box 80883
                                         Rochester, MI 48308-0883
                                         Telephone Number: (248) 519-1700
                                         Email Address: bhamady@shermeta.com
                                         P66191